```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 07 B 11688
   KAMEELAH A HOGAN
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4738

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/29/2007 and was confirmed 09/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
TURNER ACCEPTANCE          SECURED VEHIC    5292.00         411.22         838.04
COLLECTION CO OF AMERICA   UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED         950.00           .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
DEBT CREDIT SERVICES       UNSECURED       NOT FILED          .00            .00
H&F LAW                    UNSECURED       NOT FILED          .00            .00
PEOPLES GAS & LIGHT        UNSECURED          61.30           .00            .00
TCF BANK                   UNSECURED       NOT FILED          .00            .00
US DEPT OF EDUCATION       UNSECURED         2541.70          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      34.00           .00          34.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                        777.01
TOM VAUGHN                 TRUSTEE                                         155.47
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              2,215.74

PRIORITY                                          34.00
SECURED                                          838.04
    INTEREST                                     411.22
UNSECURED                                           .00
ADMINISTRATIVE                                   777.01
TRUSTEE COMPENSATION                             155.47
DEBTOR REFUND                                       .00
                     --------------        --------------
TOTALS               2,215.74                  2,215.74


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11688 KAMEELAH A HOGAN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE